IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:17-CR-511-SLB-GMB-1 |
| | ) | |
| LILLIAN AKWUBA | ) | |

**MOTION TO DISMISS THE INDICTMENT, SUPERSEDING INDICTMENT, SECOND SUPERSEDING INDICTMENT, AND THE THIRD SUPERSEDING INDICTMENT**

Comes now the United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and submits this motion to dismiss the counts in the indictment, Doc. 1; superseding indictment, Doc. 58; second superseding indictment, Doc. 146; and third superseding indictment, Doc. 247, as to Defendant Lillian Akwuba. The government does not oppose these counts being dismissed with prejudice.

Respectfully submitted this the 23rd day of May, 2019.

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

/s/ Jonathan S. Ross
Jonathan S. Ross
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama  36104
Tel: (334) 223-7280
Fax: (334) 223-7135
Email: jonathan.ross@usdoj.gov

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:17-CR-511-SLB-GMB-1 |
| | ) | |
| LILLIAN AKWUBA | ) | |

## **CERTIFICATE OF SERVICE**

I certify that on May 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve a copy upon all counsel of record.

/s/ Jonathan S. Ross
Jonathan S. Ross
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jonathan.ross@usdoj.gov