UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CRIMINAL INDICTMENT |
| v. | : NO. 2:17-CR-00511-SLB-GMB |
| | : |
| LILLIAN AKWUBA, | : |
|     Defendant. | : |

**DEFENDANT LILIAN AKWUBA'S MOTION FOR AUTHORIZATION
TO HAVE THE COST OF THE TRIAL TRANSCRIPT BE COVERED
UNDER THE CRIMINAL JUSTICE ACT**

Comes now the defendant, Lilian Akwuba, by and through her undersigned counsel who moves the court for an order permitting the costs of her appeal to be covered under the Criminal Justice Act (CJA). In support thereof, the defendant shows the court the following:

1.

On June 21, 2019, the undersigned counsel filed his notice of appearance on behalf of Lilian Akwuba. The representation was to address the outstanding issue of restitution in the district court and the appeal from her conviction and sentence.

2.

The defendant entered into a written retainer agreement that obligated the her to cover all expenses associated with the appeal. Included in that agreement and in discussions with the defendant and her family was an estimate of the cost for the trial transcript. Counsel was given assurances that Akwuba would pay that expense.

3.

Based on the defendant's assurances, counsel completed the Eleventh Circuit Transcript Information Form. Included on the form was a certification that counsel had made financial arrangements or paying the cost of the transcript.

4.

Subsequent to the submission of the form, Akwuba informed counsel that neither she nor her church sponsors would pay the court reporters for the transcripts.

5.

A review of the presentence report indicates that Akwuba is indigent. CJA counsel was appointed to represent her at trial.  Additionally, Akwuba has agreed to the restitution order obligating her to make payments totally $333,219.40 to the listed victims.  (Dkt.538) She is to begin service of her ten year custodial sentence on September 9, 2019.  During the period of incarceration, she will not have any income.

6.

Undersigned counsel is aware of the commitment he has made to the court reporters. In the event this motion is denied, that commitment will be fulfilled. Nevertheless, in light of the change of circumstances, the defendant requests that her expenses associated with the appeal be covered by the Criminal Justice Act.

7.

Prior to Akwuba retaining counsel, her court appointed trial counsel, Andrew Skier, had

submitted the transcript information form along with the CJA form AUTH-24 "requesting authorization for government payment of transcripts."

Wherefore for the reasons cited above, the defendant, Lilian Akwuba, requests that the previous request for the payment of the transcripts to be covered under the Criminal Justice Act be granted.

Respectfully submitted,

/s/ *Jay L. Strongwater*
Jay L. Strongwater
Georgia State Bar: 688750

1360 Peachtree Street
Suite 910
Atlanta, Georgia 30309
(404) 872-1700
jls@strongh2o.com
Attorney for Lillian Akwuba

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to **LRCi 5.4.9**, I caused a true and correct copy of the foregoing pleading upon counsel for the government by electronically posting through the District Court's ECF Filing System, addressed as follows:

Jonathan S. Ross, Esq.
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
johnathan.ross@usdoj.gov

This the   30th   day of   August  , 2019.

                                         /s/ *Jay L. Strongwater*
                                         Jay L. Strongwater
                                         Georgia State Bar: 688750

1360 Peachtree Street
Suite 910
Atlanta, Georgia 30309
(404) 872-1700
jls@strongh2o.com
Attorney for Lillian Akwuba