IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CR-511-WKW |
| | ) | [WO] |
| LILLIAN AKWUBA | ) | |

**ORDER**

Before the court is Defendant Lillian Akwuba's *pro se* motion for compassionate release (Doc. # 583), as supplemented (Docs. # 588, 591), in which Ms. Akwuba seeks to modify an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). The motion is due to be denied.

Ms. Akwuba was convicted after a jury found her guilty on one count of conspiracy to distribute a controlled substance, eighteen counts of distributing a controlled substance, three counts of conspiracy to commit healthcare fraud, and one count of healthcare fraud, in violation of 18 U.S.C. §§ 846, 841(b)(1)(C), 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 18 U.S.C. § 1347. (*See* Doc. # 511 (Judgment).) As a result of her conviction, Ms. Akwuba was sentenced to 120 months' imprisonment on May 29, 2019. (Doc. # 511.) Ms. Akwuba's projected release date is March 13, 2028. *See* https://www.bop.gov/inmateloc/ (last visited Jan. 15, 2021).

Based upon a thorough review of the record, Ms. Akwuba has not shown grounds for compassionate release.[1]

First, Ms. Akwuba has not established "extraordinary and compelling reasons" warranting her early release from prison.  18 U.S.C. § 3582(c)(1)(A).  Second, she has not demonstrated that the medical staff at her designated facility is unable to provide adequate medical care for her health conditions.  *See* 18 U.S.C. § 3553(a)(2)(D); *see also United States v. Sanchez*, No. 2:17CR337-MHT, 2020 WL 3013515, at *1 (M.D. Ala. June 4, 2020) (denying an inmate's motion for compassionate release in part based on the absence of evidence "that the prison is unable to meet [the inmate's] medical needs" (citing § 3553(a)(2)(D))).  Third, the balancing of the § 3553(a) factors does not favor release.

Accordingly, it is ORDERED that Ms. Akwuba's motion for compassionate release (Doc. # 583), as supplemented (Docs. # 588, 591) is DENIED.

DONE this 19th day of January, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] Ms. Akwuba alternatively requests a "transfer to home confinement."  (Doc. # 583.)  The court previously denied her motion for home confinement.  (Doc. # 584.)