IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2021 NOV -8 P 12: 16

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| LILLIAN AKWUBA, ) | |
| ) | |
| Movant ) | |
| ) | No. 2:17 CR 00511-SLB-GMB-1 |
| VS. ) | |
| ) | EMERGENCY MOTION |
| UNITED STATES OF AMERICA, ) | FOR RE-SENTENCING |
| ) | |
| Respondent ) | |

COMES NOW, Lillian Akwuba (movant and pro se prisoner) and moves this Court for a re-sentencing hearing. In support of this motion, Akwuba presents:

1) This case has been REVERSED in part and REMANDED by the Appeal Court [USCA11 Case 19-12230, filed 08/11/2021] See Exhibit A

2) The appeal court noted:

   a. "...the district court was unquestionably wrong to instruct the jury that the parties stipulated to something that they did not stipulate to." [USCA11, Opinion, page 20 of 32]. See Exhibit A

Movant requests permission to submit a pro se brief, prior to the re-sentencing, on the issue of "something [she] did not stipulate to", and how it affected her sentence.

WHEREFORE, movant prays that this court GRANT this motion and schedule a re-sentencing and grant any other relief movant is entitled to under the law.

Respectfully submitted this 3rd day of November 2021.

Lillian Akwuba #17368-002
Pro Se Prisoner
Federal Correctional Institution-Aliceville
Satellite Prison Camp-Aliceville
P. O. Box 487
Aliceville, AL 35442

## CERTIFICATE OF SERVICE

I have this day served Government counsel by U.S Mail with sufficient postage for first class delivery to:

Bill G. Bodiford, Asst. U.S. Attorney
U.S. Attorney's Office
131 Clayton Street
Montgomery, AL 36104

This 3rd day of November 2021.

Lillian Akwuba #17368-002
Pro Se Prisoner
Federal Correctional Institution-Aliceville
Satellite Prison Camp-Aliceville
P. O. Box 487
Aliceville, AL 35442