# EXHIBIT A

# AFFIDAVIT

I, Lillian Akwuba (a live woman from the family Akwuba) certify under penalty of perjury that the facts contained herein are true; and, further certify that I have personal knowledge of these facts:

1) At no time prior to sentencing did *anyone* explain that <u>statements in the PSR</u>, not challenged in writing, <u>would become a stipulation</u>.

2) During sentencing, the Court did not ask if my attorney explained the PSR to me.

3) During the course of my medical career, I used the CDC guidelines to determine how much opioid medication I was permitted to prescribe.

4) Attorney Jay Strongwater informed me and my family that he can no longer assist me because his appointment to my case ended.

Lillian Akwuba #17363-002, Federal Correctional Institution-Aliceville, Satellite Prison Camp, P.O. Box 487, Aliceville, AL  35442

_____   November 2nd 2021
Signature                                      Date

Witness: Pauline Badiki   71087-019   PBadiki   11-02-21
              Print name                    Reg#           Signature and date

Witness: Elizabeth Johnston   27659-171   Elizabeth Johnston  11-2-21
              Print name                    Reg#           Signature and date

Witness: Ileana Rodriguez   18764-104   [signature]  11/2/2021
              Print name                    Reg#           Signature and date

Page 1 | 2

## CERTIFICATE OF SERVICE

I have this day served this Affidavit on Government counsel by U.S Mail with sufficient postage for first class delivery to:

Bill G. Bodiford, Asst. U.S. Attorney
U.S. Attorney's Office
131 Clayton Street
Montgomery, AL 36104

This **3rd** day of **November** 2021.

Lillian Akwuba #17368-002
Pro Se Prisoner
Federal Correctional Institution-Aliceville
Satellite Prison Camp-Aliceville
P. O. Box 487
Aliceville, AL 35442