## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:17-cr-511-WKW-SRW |
| | ) | |
| LILLIAN AKWUBA | ) | |

### RESPONSE TO COURT ORDER[1] AND REQUEST FOR EX-PARTE HEARING

Comes now Lillian Akwuba, by and through the undersigned, and responds in writing to the Court's order of Jan 4, 2022. The undersigned reports as follows:

1. The undersigned has consulted with Ms. Akwuba regarding her Motion to Appoint Counsel.[2]

2. Ms. Akwuba wishes to proceed with her motion and to present her grounds for the motion to the Court. She claims the existence of a conflict of interest preventing the undersigned from further representation of her in this matter.

3. The undersigned thus requests that Ms. Akwuba's motion be set for ex-parte hearing.

Respectfully submitted this the 9th day of January, 2022.

    s/ Andrew M. Skier
ANDREW M. SKIER (SKI013)
8191 Seaton Place
Montgomery AL 36116
(334) 263-4105 (Voice)
(334) 263-4766 (Fax)
Email: amskier@skierlaw.com

---

[1] Doc 614, directing the undersigned to consult with Ms. Akwuba as to whether her Motion to Appoint Counsel (Doc 611) requires further Court action.
[2] Doc 611.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Hon. Megan A. Kirkpatrick**

Assistant United States Attorney

 s/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
8191 Seaton Place
Montgomery AL 36116
(334) 263-4105 (Voice)
(334) 263-4766 (Fax)
Email:  amskier@skierlaw.com